926 A.2d 437

**Joseph A. FESSLER and Ann Fessler, His Wife,**

v.

**Leonora HANNAGAN, Richard Geelhard, Manny Whitmen, John Wojtowicz, Ronald Hillard, Lewis Attordo, Dwight Davies, Thomas Morrisary, Hugh Mundy, Leon Case, The City of Wilkes–Barre, Individually and in their Capacities as Employees of Redevelopment Authority of the City of Wilkes–Barre, Lawrence Sindaco, Esq., Flanagan, Doran, Biscontini and Shaffer, James Palermo, Esq., Sandra Sernak, Esq., David Miller, Esq., Wilkes–Barre, City Zoning, Paul Cain, William Thompson, Kenneth Finlayson, Robert Kaplan, Martin J. Myer and John Swatkosli,**

**Appeal of Michael Shemonsky.**

Supreme Court of Pennsylvania.

June 1, 2007.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

926 A.2d 438

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Eric LOVE, Petitioner.**

Supreme Court of Pennsylvania.

June 5, 2007.